**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEXACO INC. & SUBSIDIARIES, | No. C 04-0316 SBA |
| Plaintiff, | **ORDER** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

Good cause appearing,

IT IS HEREBY ORDERED THAT a Case Management Conference is set for **July 28, 2005 at 3:45 p.m.**, and will proceed **telephonically**. The parties shall **meet and confer** prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten (10) days prior to the Case Management Conference. Plaintiff shall be responsible for filing the statement as well as for arranging the conference call. All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

IT IS SO ORDERED.

Dated:  6-21-05

/s/ Saundra Brown Armstrong
SAUNDRA BROWN ARMSTRONG
United States District Judge