UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TEXACO INC., AND SUBSIDIARIES, | ) ) | No. C04-00316 SBA |
| Plaintiff, | ) ) | ORDER DISMISSING ACTION |
| vs. | ) ) | |
| UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) ) | |

    The Court having been notified of the settlement of this action.

    IT IS HEREBY ORDERED THAT this action and all claims asserted herein are DISMISSED with prejudice.  In the event that the settlement is not reached, any party may move to reopen the case and the trial will be rescheduled, provided that such motion is filed within 30 days of this order.  All scheduled dates, including the trial and pretrial dates, are VACATED.

    IT IS SO ORDERED.

DATED: 4/11/06

                                        _____
                                        SAUNDRA BROWN ARMSTRONG
                                        United States District Judge